

# United States District Court
# Eastern District of California

| BRIAN HEINZ, individually and on behalf of all others similarly situated, |
|---|
| Plaintiff(s) |

V.

| AMAZON.COM, INC., and DOES 1 through 10, inclusive, and eath of them, |
|---|
| Defendant(s) |

Case Number: 2:23-cv-00282

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, John A. Goldmark hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant, AMAZON.COM, INC.

On December 4, 2008 (date), I was admitted to practice and presently in good standing in the Washington State Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

N/A.

Date: March 2, 2023          Signature of Applicant: /s/ John A. Goldmark
                                                         John A. Goldmark



**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | John A. Goldmark |
| Law Firm Name: | Davis Wright Tremaine LLP |
| Address: | 920 Fifth Avenue |
| | Suite 3300 |
| City: | Seattle      State: WA      Zip: 98104 |
| Phone Number w/Area Code: | (206) 622-3150 |
| City and State of Residence: | Seattle, Washington |
| Primary E-mail Address: | johngoldmark@dwt.com |
| Secondary E-mail Address: | danielanajera@dwt.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Heather Canner |
| Law Firm Name: | Davis Wright Tremaine LLP |
| Address: | 865 South Figueroa Street |
| | 24th Floor |
| City: | Los Angeles      State: CA      Zip: 90017 |
| Phone Number w/Area Code: | (213) 633-6800      Bar # 292837 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 2, 2023

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

