JOHN A. GOLDMARK (admitted *pro hac vice*)
  johngoldmark@dwt.com
HEATHER F. CANNER (State Bar No. 292837)
  heathercanner@dwt.com
ELLEN PARODI (admitted *pro hac vice*)
  ellenparodi@dwt.com
SANCHO ACCORSI (State Bar No. 329413)
  sanchoaccorsi@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
AMAZON.COM, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HEINZ, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>AMAZON.COM, INC. and DOES 1 through 10, inclusive, and each of them,<br><br>                    Defendants. | Case No. 2:23-cv-00282-WBS-AC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT AMAZON.COM, INC. TO RESPOND TO INITIAL COMPLAINT**<br><br>Assigned to the Hon. William B. Shubb<br>Courtroom 5<br><br>Current Resp. Date: March 22, 2023<br>New Resp. Date:   April 7, 2023<br><br>Action Filed:      January 11, 2023<br>Action Removed:  February 15, 2023 |

## STIPULATION TO EXTEND TIME FOR DEFENDANT AMAZON.COM, INC. TO RESPOND TO COMPLAINT

Pursuant to Local Rules 143 and 144, Plaintiff Brian Heinz ("Plaintiff") and Defendant Amazon.com, Inc. ("Defendant"), by and through their undersigned counsel, stipulate as follows:

1. On January 11, 2023, Plaintiff commenced an action in the Superior Court of the State of California in and for the County of Yolo, captioned *Heinz v. Amazon.com, Inc.*, Case No. CV2023-0085 (the "State Court Action"). (ECF No. 1, Ex. A.)

2. On January 17, 2023, Defendant was served with a copy of the Complaint and a summons from the State Court Action. (ECF No. 1, Ex. B.)

3. On February 15, 2023, Defendant removed the action to this Court. (ECF No. 1.)

4. Defendant's initial deadline to file an answer or otherwise respond to the Complaint is February 22, 2023.  On February 21, 2023, the parties filed a stipulation to extend time for Defendant to respond to the complaint by twenty-eight (28) days, pursuant to Local Rule 144(a), thereby extending Defendant's time to respond until March 22, 2023.  (ECF No. 4.)

5. Defendant seeks additional time to prepare its response to the Complaint, as well as to meet and confer with Plaintiff regarding the grounds for its anticipated responsive motion, to potentially narrow or resolve the anticipated grounds for the motion.

6. On March 14, 2023, counsel for the Parties conferred and Plaintiff's counsel agreed to briefly extend Defendant's time to answer or otherwise respond to the Complaint from March 22, 2023 to April 7, 2023.

7. The parties agree that good cause exists for such extension.

8. There has only been one previous twenty-eight (28) day extension of Defendant's time to respond to the Complaint.  (Dkt. No. 4.)

STIPULATION AND ORDER TO
EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

9.    The extension will not affect any deadlines set by the Court.

10.    This stipulation is signed by all parties who have appeared in the action and are affected by the stipulation.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**

by and between the parties that Defendant shall have up to and including April 7, 2023, to answer or otherwise respond to Plaintiff's Complaint.

**SO STIPULATED AND JOINTLY SUBMITTED:**

DATED: March 20, 2023

DAVIS WRIGHT TREMAINE LLP
JOHN A. GOLDMARK
HEATHER F. CANNER
ELLEN PARODI
SANCHO ACCORSI

By: /s/ John A. Goldmark
John A. Goldmark

Attorneys for Defendant
AMAZON.COM, INC.

DATED: March 20, 2023

CROSNER LEGAL, P.C.
MICHAEL R. CROSNER
ZACHARY M. CROSNER
CHAD A. SAUNDERS
CRAIG STRAUB

LAW OFFICES OF TODD M. FRIEDMAN, P.C.
TODD M. FRIEDMAN
ADRIAN R. BACON
THOMAS E. WHEELER
MEGHAN E. GEORGE

By: /s/ Adrian R. Bacon
Adrian R. Bacon

Attorneys for Plaintiff
BRIAN HEINZ

STIPULATION AND ORDER TO
EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## ORDER

This Court, having considered the Parties' stipulation set forth above, determines that good cause has been shown, and hereby orders that:  Defendant's time to respond to the Complaint is extended from March 22, 2023 to **April 7, 2023.**

**IT IS SO ORDERED.**

Dated:  March 20, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1     I, John A. Goldmark, certify that I received written permission to affix the

2 electronic signatures from those attorneys whose signatures appear above.

3

4     By: /s/ *John A. Goldmark*

5            John A. Goldmark

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO
EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899