1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| BRIAN HEINZ individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>AMAZON.COM, INC. and DOES 1 to 10, inclusive, and each of them,<br><br>                Defendants. | Case No. 2:23-cv-00282-WBS-AC<br><br>Assigned to the Hon. William B. Shubb<br><br>**CLASS ACTION**<br><br>**ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S RESPONSE TO AMENDED COMPLAINT; CONTINUATION OF SCHEDULING CONFERENCE**<br><br>Action Filed: January 11, 2023<br>Action Removed: February 15, 2023 |

1    Pursuant to the Parties stipulation the Court hereby Orders as follows:

2    WHEREAS, Amazon filed its Motion to Transfer to the Western District of Washington
3    or, in the alternative, Dismiss (ECF No. 18) on April 7, 2023;

4    WHEREAS, Plaintiff intends to file an amended complaint on April 21, 2023;

5    WHEREAS, the Court set an Initial Scheduling Conference for June 5, 2023 (ECF No.
6    5);

7    WHEREAS, the Parties have met and conferred and agreed that, in the interest of judicial
8    economy, Amazon will withdraw its pending motion to transfer or dismiss upon the filing of
9    Plaintiff's amended complaint; and

10   WHEREAS, the Parties have further agreed upon a briefing schedule and hearing date for
11   Amazon's response to the Amended Complaint, and a continued date for the Initial Scheduling
12   Conference, subject to the Court's approval.

13   Now, therefore, the Court orders the following schedule:

- Deadline to file Amended Complaint:  April 21, 2023
- Deadline for Amazon's response to the Amended Complaint: May 19, 2023
- Plaintiff's Opposition Due: June 9, 2023
- Amazon's Reply Due: June 23, 2023
- Hearing date on Amazon's responsive motion: July 10, 2023
- Scheduling Conference: August 14, 2023 at 1:30 p.m.

Dated:  April 21, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE